# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| LORI JOHNSON and<br>GLEN JOHNSON,<br>    Plaintiffs,<br><br>        v.<br><br>WOODFIELD HOA, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 3:20-cv-00216-RLY-MPB<br>)<br>)<br>) |

### ORDER OF DISMISSAL WITH PREJUDICE

Comes now the Court and having read the Stipulation of the parties for dismissal with prejudice, and being duly advised in the premises, now finds that this matter should be dismissed, with prejudice.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that** the above cause of action is dismissed with prejudice, each party to bear their own costs.

SO ORDERED ___9/16/2021_____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**ELECTRONIC DISTRIBUTION TO:**
    All ECF-registered counsel of record

1